UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLLINS, VELLA & CASELLO, LLC
2430 Highway 34, B12
Manasquan, NJ 08736
(732) 751-1766
Joseph M. Casello, Esq.
Attorney for the Debtor

In Re:
JAC Encore, LLC

Case No.: 25-22025
Judge: Kaplan
Chapter: 11

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, JAC Encore, LLC, is the (check all that apply):

☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☒ Debtor: ☒ Chap. 11 ☐ Chap. 13

☐ Official Committee of ____________________

2. The applicant seeks to retain the following professional Joseph Casello, Esq. to serve as (check all that apply):

☒ Attorney for: ☐ Trustee ☒ Debtor-in-Possession

☐ Official Committee of ____________________

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of ____________________

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): ____________________

3. The employment of the professional is necessary because:
The Debtor-in-Possession required the assistance of counsel to evaluate its financial condition, address creditor claims and prepare and file a plan of reorganization.

4. The professional has been selected because:
Joseph M. Casello, Esq. of Collins, Vella & Casello, LLC has considerable expertise in the field of insolvency law and participation in bankruptcy matters.

5. The professional services to be rendered are as follows:
Representation of the Debtor-in-Possession in a Chapter 11 case. Examining the Debtor's financial affairs and assisting the Debtor-in-Possession in preparing, filing and confirming a Chapter 11 plan of reorganization.

6. The proposed arrangement for compensation is as follows:
The firm received a $1,000 retainer plus the payment of the filing fee of $1,738. Billing will be on an hourly basis and Mr. Casello's rate is $500 per hour.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ____________________

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: ______________________________

______________________________

______________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: ______________________________

______________________________

______________________________

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 12/17/2025 ______________________________
Signature of Applicant

*rev.8/1/15*