UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

COLLINS, VELLA & CASELLO, LLC
2430 Highway 34, B12
Manasquan, NJ 08736
(732)751-1766
Joseph M. Casello, Esq.
Attorneys for the Debtor-in-Possession

In Re:

JAC Encore, LLC

Case No.: 25-22025

Judge: Kaplan

Chapter: 11

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Joseph M. Casello, being of full age, certify as follows:

1. I am seeking authorization to be retained as Attorney for the Debtor-in-Possession.

2. My professional credentials include: I am a bankruptcy practitioner who represents debtors and creditors in the Bankruptcy Court. I have litigated more than 60 Chapter 11 cases and hundreds of Chapter 7 and 13 cases.

3. I am a member of or associated with the firm of: Collins, Vella & Casello, LLC.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows The Debtor-in-Possession has executed a retainer agreement with the firm that provides for hourly rates of $500.00 for partners.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:________________________________________

________________________________________________________

________________________________________________________

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: ________________________________________

________________________________________________________

________________________________________________________

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: ____________________________________________

________________________________________________________

________________________________________________________

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: ____________________________________________

________________________________________________________

________________________________________________________

b. The proposed method of calculation of my compensation, including rates and formulas, is: ______________________________________________

______________________________________________

______________________________________________

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: ______________________________________________

______________________________________________

______________________________________________

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No ☐ Yes (explain below)

______________________________________________

______________________________________________

______________________________________________

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: ______________________________________________

______________________________________________

______________________________________________

I certify under penalty of perjury that the above information is true.

Date: 12-18-2025 ______________________________________________
Signature of Professional

*rev.8/1/15*